IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Martinez, Aida

Printed: 11/25/08

Case Number: 08 B 11541
Judge: Squires, John H
Filed: 5/7/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 24, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,237.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 309.00 |
| Trustee Fee: |  | 21.84 |
| Other Funds: |  | 1,906.16 |
| Totals: | 2,237.00 | 2,237.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert V Schaller | Administrative | 309.00 | 309.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Saxon Mortgage Services Inc | Secured | 30,000.00 | 0.00 |
| 4. | Educational Credit Management Corp | Unsecured | 8,569.72 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 555.57 | 0.00 |
| 6. | Educational Credit Management Corp | Unsecured | 31,398.03 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 322.78 | 0.00 |
| 8. | HSBC Auto Finance | Unsecured | 3,421.36 | 0.00 |
| 9. | Educational Credit Management Corp | Unsecured | 23,837.74 | 0.00 |
| 10. | Illinois Student Assistance Commission | Unsecured | 7,143.57 | 0.00 |
| 11. | Saul David Legator DDS | Unsecured | 382.30 | 0.00 |
| 12. | Chicago Glaucoma Consultants | Unsecured | 279.00 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 374.58 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 2,106.00 | 0.00 |
| 15. | Diamond Resorts | Unsecured |  | No Claim Filed |
| 16. | Five Star | Unsecured |  | No Claim Filed |
| 17. | Armor Systems Co | Unsecured |  | No Claim Filed |
| 18. | American Collections & Credit | Unsecured |  | No Claim Filed |
| 19. | City Of Chicago | Unsecured |  | No Claim Filed |
| 20. | Ed South | Unsecured |  | No Claim Filed |
| 21. | Comcast | Unsecured |  | No Claim Filed |
| 22. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 23. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 24. | Direct Reward | Unsecured |  | No Claim Filed |
| 25. | ENH Faculty Practice Associates | Unsecured |  | No Claim Filed |
| 26. | Ed South | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Martinez, Aida

Printed: 11/25/08

Case Number: 08 B 11541
Judge: Squires, John H

Filed: 5/7/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Ed South | Unsecured | | No Claim Filed |
| 28. | Verizon Wireless | Unsecured | | No Claim Filed |
| 29. | GMAC Auto Financing | Unsecured | | No Claim Filed |
| 30. | ENH Laboratory Services Clinic | Unsecured | | No Claim Filed |
| 31. | Ed South | Unsecured | | No Claim Filed |
| 32. | Kim Leung Stone Md | Unsecured | | No Claim Filed |
| 33. | HSBC | Unsecured | | No Claim Filed |
| 34. | I C Systems Inc | Unsecured | | No Claim Filed |
| 35. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 36. | Illinois Tollway | Unsecured | | No Claim Filed |
| 37. | HSBC | Unsecured | | No Claim Filed |
| 38. | Kawal's Landscaping | Unsecured | | No Claim Filed |
| 39. | Medco Financial Associates | Unsecured | | No Claim Filed |
| 40. | Nicor Gas | Unsecured | | No Claim Filed |
| 41. | Mercedes Benz Financial | Unsecured | | No Claim Filed |
| 42. | Nicor Gas | Unsecured | | No Claim Filed |
| 43. | Northshore Pediatric Associates | Unsecured | | No Claim Filed |
| 44. | Nissan Motor Acceptance Corporation | Unsecured | | No Claim Filed |
| 45. | SBC | Unsecured | | No Claim Filed |
| 46. | S & S Financial Services | Unsecured | | No Claim Filed |
| 47. | Nicor Gas | Unsecured | | No Claim Filed |
| 48. | Sprint | Unsecured | | No Claim Filed |
| 49. | ENH Medical Group | Unsecured | | No Claim Filed |
| | | | $ 108,699.65 | $ 309.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 21.84 |
| | $ 21.84 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

